# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERI MADEUX,**<br><br>        Plaintiff,<br><br>   v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**<br><br>        Defendants. | Case No. 4:22-cv-04292-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND RESPOND TO MOTION TO DISMISS** |

TO PLAINTIFF TERI MADEUX AND PLAINTIFF'S COUNSEL OF RECORD:

You are **HEREBY ORDERED TO SHOW CAUSE** in writing by **no later than October 28, 2022** why this case should not be dismissed for failure to prosecute against defendant County of Marin. On September 29, 2022, the County of Marin filed a motion to dismiss. (Dkt. No. 17.) Pursuant to Civil Local Rules 7-3(a) and 7-3(b), the deadline to file an opposition or statement of nonopposition was October 13, 2022. No opposition or statement of non-opposition has been received. Failure to timely respond to this order to show cause will be construed as a concession that the order to show cause should be granted and the case will be dismissed without prejudice for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: October 21, 2022

                                                                    **YVONNE GONZALEZ ROGERS**
                                                                    **UNITED STATES DISTRICT JUDGE**