# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERI MADEUX,**<br><br>        Plaintiff,<br><br>  vs.<br><br>**RALPH DIAZ, ET AL.,**<br><br>        Defendants. | CASE NO. 4:22-cv-04292-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Counsel for plaintiff are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within **three (3) business days** after receipt of the [moving party's] letter, any party who will oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers."

Defendant County of Marin filed its pre-filing conference letter on April 19, 2024, and offered multiple dates for a pre-filing conference. (Dkt. No. 110). To date, plaintiff has failed to file a response to that letter.

A hearing on this Order to Show Cause shall be held on May 10, 2024, at 9:01 a.m. in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  Within **three (3) business days,** counsel for plaintiff must file a written response to this Order to Show Cause *or* comply with the referenced Standing Order.

If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar.  Otherwise, personal appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated:  April 30, 2024

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

2